# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:14-mj-00119-CSC-1 |
| | ) | |
| **ADRIANNE DAVIS MILLER** | ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Susan R. Redmond, and enters her notice of appearance on behalf of the United States in the above-styled cause.

Respectfully submitted this the 18th day of August, 2014.

        GEORGE L. BECK, JR.
        UNITED STATES ATTORNEY

        /s/Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        (334) 223-7280
        (334) 223-7138 fax
        Susan.Redmond@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:14-mj-00119-CSC-1** |
| | ) | |
| **ADRIANNE DAVIS MILLER** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: All counsel of record.

        Respectfully submitted,

        /s/Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        (334) 223-7280
        (334) 223-7138 fax
        Susan.Redmond@usdoj.gov