## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:14-mj-00119-CSC |
| ) | |
| ADRIANNE DAVIS MILLER ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the Undersigned Counsel, Stephen P. Ganter, and enters his appearance on behalf of Defendant, **Adrianne Davis Miller,** in the above-styled case.

Dated this 19th day of August, 2014.

Respectfully submitted,

s/ Stephen Ganter
STEPHEN GANTER
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Stephen_Ganter@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:14-mj-00119-CSC |
| | ) | |
| ADRIANNE DAVIS MILLER | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

**s/ Stephen Ganter**
**STEPHEN GANTER**
Bar No.: TX24003732
Federal Defenders
Middle District of Alabama
817 South Court Street
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Stephen_Ganter@fd.org