**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:14-mj-00119-CSC** |
| | ) | |
| **ADRIANNE DAVIS MILLER** | ) | |

## MOTION TO WAIVE DETENTION HEARING

NOW COMES the Defendant, **ADRIANNE DAVIS MILLER**, by and through undersigned counsel, William McGeachy, and respectfully notifies this Court of Ms. Miller's intent to waive her rights to a detention hearing in the Middle District of Alabama.

Ms. Miller understands that she has been charged in a multi-count indictment in the Southern District of Alabama. On August 18, 2014, Ms. Miller appeared before this Court for an initial appearance, and Ms. Miller was informed of her right to a detention hearing in this district. At that time, Ms. Miller requested that a detention hearing be set, and this Court set that hearing for August 21, 2014, at 10:00 a.m.

After consulting with undersigned, Ms. Miller now feels that it is in her best interest to waive her right to a detention hearing in this district and return to the Southern District of Alabama to hold any hearings to which she would be entitled there. As such, Ms. Miller respectfully waives her right to a detention hearing in this district, and requests that she be transferred to the Southern District of Alabama where she will exercise any rights to an identity hearing, production of the warrant, and any preliminary or detention hearing to which she may be entitled in that district.

Ms. Miller further asks that the detention hearing currently scheduled for August 21, 2014, be CANCELLED.

This 20th day of August, 2014.

                              Respectfully submitted,

                              <u>s/ William A. McGeachy</u>
                              WILLIAM A. McGEACHY
                              Federal Defenders, Middle District of Alabama
                              817 South Court Street
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: william_mcgeachy@fd.org
                              ASB-0808-I55M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No.: 2:14-mj-00119-CSC** |
| | ) | |
| **ADRIANNE DAVIS MILLER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

s/ William A. McGeachy
WILLIAM A. McGEACHY
Federal Defenders, Middle District of Alabama
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: william_mcgeachy@fd.org
ASB-0808-I55M