IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
vs.                               )     CR. NO. 2:14mj119-CSC
                                  )
ADRIANNE DAVIS MILLER             )

**O R D E R**

On August 18, 2014, the United States filed a motion for detention of the defendant. (Doc. # 5).  In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was set for August 21, 2014.  On August 20, 2014, the defendant, upon the advice of counsel and after being advised that a waiver of her right to a hearing would result in her detention, waived the hearing.  (Doc. # 9).  Therefore, it is

ORDERED that the motion to waive detention hearing (doc. # 9) and the motion for detention (doc. # 5) be and are hereby GRANTED.  It is further

ORDERED that the detention hearing presently set for August 21, 2014 be and is hereby CANCELED.

Done this 20th day of August, 2014.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              UNITED STATES MAGISTRATE JUDGE