AO 94 (Rev 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |
| ANDRIANNE DAVIS MILLER | |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 2:14-MJ-119-CSC | 1:14-CR-00054-CG |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X   Indictment      Information      Complaint      Other (specify)

charging a     18     U.S.C.    841(b)(1)(A)

**DISTRICT OF OFFENSE**

Southern District of Alabama

**DESCRIPTION OF CHARGES:**

Conspiracy to Possession w/Intent to Distribute Methamphetamine; Possession of List I Chemical

**CURRENT BOND STATUS:**

☐ Bail fixed at                      and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel    X Federal Defender Organization    ☐ CJA Attorney    ☐ None

Interpreter Required?    X No      Yes      Language:

**DISTRICT**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_Aug 20, 2014_
Date                                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |